Case: 1:23-cv-15277 Document #: 1 Filed: 10/24/23 Page 1 of 13 PageID #:1    JCM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rose Meacham )

Plaintiff

v.

Defendant

United States District Court
Northern District of Illinois

1:23-cv-15277
Judge Steven C. Seeger
Magistrate Judge Gabriel A. Fuentes
RANDOM

## COMPLAINT

Board of Education
Department of Education
Cathy Swan
Charles Meacham

RECEIVED

OCT 24 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

My student loans were meant to be paid by money left to me by my grandfather but this money was illegally taken after verbal and written agreements were made.

The student loans in question were arranged and signed for by Cathy Swan who signed almost $300,000 in loans under my name but I did not make the arrangements

Case: 1:23-cv-15277 Document #: 1 Filed: 10/24/23 Page 2 of 13 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  | ) | United States District Court |
|---|---|---|
|  | ) | Northern District of Illinois |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant | ) |  |

**COMPLAINT**

Cont.

and I had no idea what Cathy Swan and Charles were setting-up, except their assurances the loans would be paid by my inheritance funds.

At the time I had multiple offers to other schools including a <u>Full Ride</u> fully paid scholarships, due to my academic excellence at the incredible all-girls school Smith College. The school looked excellent and I identified an adviser during the school visits.

I have been asking that Cathy Swan correct the damages she

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |  |
|---|---|---|
|  | ) | **United States District Court** |
|  | ) | **Northern District of Illinois** |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant | ) |  |

**COMPLAINT**

Cont.

has done by putting the loans in her name, as this is the <u>Legal</u> way for her to take out the loans and should have been done to ~~begin~~ with.

Later, ~~&~~ I was forced to go back to school to ~~vyadvea~~ gain new experiences and ~~ea~~ work to enter PhD programs to finish my education — the loans I had to take out for this degree at NYU are enormous but I was offered

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  | ) | United States District Court |
|---|---|---|
|  | ) | Northern District of Illinois |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant | ) |  |

## COMPLAINT

Cont,

multiple PhD offers from incredible schools in England and in the USA. I ended up moving to England to start my PhD and discovered that there was an administrative error where my loans were put into "default" even though I was fully enrolled in PhD programs, and fully engaged with my Academic Career — the PhD program was in England and the American Government

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  | United States District Court |
|---|---|---|
|  | ) | Northern District of Illinois |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Defendant | ) |  |

**COMPLAINT**

Cont,

made a mistake to put the loans in default. I've asked them to correct the error countless times and the American Government is refusing to correct the errors. I am hoping the errors will be corrected from this lawsuit.

The damages to me are enormous — with countless opportunities lost and more due to the inability to rent apartments from my bad credit

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:23-cv-15277 Document #: 1 Filed: 10/24/23 Page 6 of 13 PageID #:6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|                | ) | United States District Court |
|                | ) | Northern District of Illinois |
|                | ) |                              |
| Plaintiff      | ) |                              |
|                | ) |                              |
| v.             | ) |                              |
|                | ) |                              |
|                | ) |                              |
| Defendant      | ) |                              |

## COMPLAINT

Cont.

Score and my inability to get to and from jobs because I cannot rent a car with bad credit — life endangering situations where I cannot get credit cards or personal loans in emergencies — physical damages and harms where I have been forced to walk miles and miles to get to jobs and I cannot afford or qualify for transportation — it is career-devestating and life ruining.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |
|---|---|
| Plaintiff<br><br>v.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    United States District Court<br>Northern District of Illinois |

**COMPLAINT**

I am asking that Cathy Swan put the loans she took out in her name or work out the deal she and Charles Meacham arranged so it doesn't harm, damage me, or ruin my life — and I am asking the American Government to take my loans out of "default" please and correct my credit, correct the damages to my credit immediately please so I can have a normal productive life.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |  |
|---|---|---|
|  | ) | **United States District Court** |
|  | ) | **Northern District of Illinois** |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant | ) |  |

**COMPLAINT**

Cont.

With bad credit it is impossible to be a productive member of society because you are blocked from basic life necessities. life housing, living in safe areas, transportation to work, emergency funds, down payment funds, and more. It is debilitating beyond imagination and forces you to live like an ~~endenga~~ endenchured servant - living at the housing provided by the companies or schools you work for, afraid

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:23-cv-15277 Document #: 1 Filed: 10/24/23 Page 9 of 13 PageID #:9

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  | United States District Court |
|---|---|---|
|  | ) | Northern District of Illinois |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Defendant | ) |  |

## COMPLAINT

Cont,

to exercise your rights or speak your mind because you are in such a vulnerable position. If you get fired, expelled, lose your job you also lose your place to live overnight and are homeless. It is not okay and I would like an equal opportunity to rent apartments etc. and I would like to be able to apply the training I have, and use the education I spent so much money to get, so I can help people and be a productive

Case: 1:23-cv-15277 Document #: 1 Filed: 10/24/23 Page 10 of 13 PageID #:10

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

```
                              )    United States District Court
                              )    Northern District of Illinois
                              )
         Plaintiff            )
                              )
    v.                        )
                              )
                              )
                              )
         Defendant            )
```

## COMPLAINT

Cont.

member of society like I always have been.

I always get excellent grades, work incredibly hard, do community service and volunteer and it is sad that I am not able to do any of those things because of the expense of my education and the subsequent blocks to basic life needs. I hope the court case will allow me to share the education I have with everyone and that I will be able to have basic life necessities.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

|  |  |
|---|---|
| Plaintiff | ) United States District Court |
|  | ) Northern District of Illinois |
|  | ) |
| v. | ) |
|  | ) |
|  | ) |
| Defendant | ) |

**COMPLAINT**

Cont.

I do not think our forefathers would want people to be forced to compromise basic life necessities to afford an education

My inalienable rights should be guaranteed.

Thanks!

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Rose Meacham )
_____ )
)
_____, )
)
Plaintiff(s), )
)
vs. ) Case No.
)
Board of Education )
Department of Education )
Charles Meacham )
Cathy Swan )
Defendant(s). )

### COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is  Rose Meacham  .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1



10-24-2024

4. Defendant, _____, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)
_____or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is_____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about_____, at approximately _____ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _____
_____, in the County of _____,
State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☐ Other: _____
_____