SM

1:23-cv-15277

# Motion

The Defendant party Darby Brigham Rosenfeld needs to be added to the Defendants List.

So the Defendants include:
Board of Education
Department of Education
Cathy Swan
Charles Meacham
Darby Brigham Rosenfeld


Thank you,

**FILED**

NOV 07 2023  ICG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT