IC

Case No. 23-cv-15277

FILED SMB
APR 09 2024 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Honorable Judge Steven Seeger,

I have about ten minutes before rushing to my hourly paid job where I earn $15.80 an hour. Even though I have Bachelors Degrees, Masters, I have been denied my Masters in Computational Neuroscience and PhD Degree at University of Illinois — so the damages force me to work in these lower-end positions. I am also trying to repair physical damages done to me by a Professor at UI who raped me. These injuries, damages and career blocks due to retaliation for reporting rape etc. forced me to endure homelessness. I definitely qualify for "In Pauper" status

and did not realize there was a page missing from my last submission to your Honour.

1. What additional information do you require to approve an attorney appointed to me, as I am unable to complete all ~~my~~ legal requirements

2. Why do you believe the Federal Courts are not the place for this case? And does that mean civil courts are better and you would transfer the case to Civil Court?

3. I can supply work pay stubs to help your Honour assess my devestating financial situation — would that help?

I am able to meet the May 17, 2024 deadline for the IFP application and would also like to re-apply for an attorney with the information your Honour provides

regarding what additional evidence is required to be ~~provided~~ provided an Attorney.

However, I need to request an extension of 90 days to write the Amended Complaint so I can obtain necessary documents and work on the complaint, while balancing my job and work to fix the injuries to my body from the assault/rape. I have to walk with crutches and hope to be able to walk without them in the future.

The default status on the loans is financial ruining — is it under your Courts Jurisdiction to wave the loans in full if I am able to prove that Defendants never provided products, services, proper education I paid for?

And would it fall under your Courts Jurisdiction if I can prove that the Defendants have 1) failed to provide a safe educational environment that is accessible for everyone and therefore my funds need to be returned and 2) refused to follow laws to ensure campuses are safe for everyone so it was unsafe for me to be on-campus and attempt to properly receive my education 3) prove financial extortion and show itemized receipts for my expenses totalling over $750,000...
4) show defendants supported fraudulent activities knowingly on their school campuses across the country, some of which

resulted in Intellectual Property theft where the work I paid to produce has been stolen and no damages or corrections to the situation have occured. My work has also not been properly credited and I believe the Defendants' refusals to correct these harms, crimes, safety issues for students across the country warrants my loans be erased. Would this fall under your Honour's jurisdiction? And, if not, who's jurisdiction is it? Thank you sincerely for reading my documents.

-Rose