IL

FILED
APR 25 2024 JB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Rose Meacham
(full name of plaintiff or petitioner)

State of Illinois, Board of Education, Department of Education, Cathy Swan, Charles Meacham, Darby Brigham Rosenfeld,
vs.
(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)

Case number: 1:23-cv-15277

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[X] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[X] to request an attorney

1. *Are you employed?*
   [X] Yes   Name and address of employer: Albertsons
   Total amount of monthly take-home pay: Please see attached paystubs as evidence for Your Honor
   [ ] No   Date(s) of last employment: _____ Last monthly take-home pay: _____

2. *If married, is your spouse employed?* [X] Not married
   [ ] Yes   Name and address of spouse's employer: _____
   Total amount of spouse's monthly take-home pay: _____
   [ ] No   Date(s) of spouse's last employment: _____ Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ _____ |
   | Income from interest or dividends: | $ _____ |
   | Income from rent payments: | $ _____ |
   | Pensions, annuities, or life insurance: | $ _____ |
   | Disability or worker's compensation: | $ _____ |
   | Gifts (including deposits into any accounts in your name): | $ _____ |
   | Unemployment, public assistance, or welfare: | $ _____ |
   | Settlements or judgments (include any that are expected): | $ _____ |
   | **Any other source of money:** | $ _____ |

Page 1 of 2

Rev. 2/2020

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☒Yes ☐No If yes, how much? $100 roughly in checking Do not have any savings

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐Yes ☒No

If yes, list each item of property and state its approximate value:

_____
_____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☐Yes ☒No

If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

_____
_____

7. *Debts and financial obligations*: List any amounts you owe to others: I have medical expenses etc. because I was raped/assaulted by a Professor at University of Illinois. The damages

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*: are so bad that I am forced to walk on crutches and meet regularly with Doctors to try to fix the physical

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. injuries
I understand that a false statement may result in dismissal of my claims or other sanctions. to my

Date: 4-24-2024  body
 from
Applicant's signature the
Rose Meacham rape/assault,
Printed name

and from the denials of medical care etc.
I was illegally terminated from my position due to engaging in a protected activity to report these crimes, physical abuses. My student loans have defaulted as a result of these incidents and total about $450,000 which is a burden that is ruining my life — my credit is so bad that

I am unable to even rent an apartment without a co-signer and I am in financial ruin.

My lawsuit is about correcting these retaliatory financial damages that have been done to me and it is imperative that this lawsuit be permitted to go to court so I am able to correct the harms, damages done to me and lead a normal life.

There is absolutely no way that I can pay for court fees. It is a burden to even cover printing fees and costs to do the document filing. My rent is about $800 each month and as you can see there is no way I can pay the court fees. I also have a credit card that is in dispute about $2,600 and I am drowning in debt because of the Defendants. My lawsuit will show evidence that before the Defendants raped/assaulted me and before Defendants retaliated

against me, I was able to acquire employment $60 - $80 each hour or about $150,000 annual salary - the career damages from the retaliation Defendants did to me is so bad that I am unable to gain employment in my field anymore because of the retaliatory character defamation, blacklisting etc. that was done to me.

I hope this lawsuit will repair the damages from Defendants so I can go back to earning a normal salary and move forward.

| Jewel Food Stores, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 032<br>Pay Begin Date: 04/07/2024<br>Pay End Date: 04/13/2024 | | Advice #: 321-5904932<br>Advice Date: 04/18/2024 | |
|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **IL Stat** |
| | | | Tax Status: | Single | N/‍‍ |
| Rose Meacham<br>730 W Lake St<br>Chicago, IL 60661<br>XXX-XX-8912 | Employee ID: 20567754<br>Department: 3376A347<br>Location: 3376A<br>Job Title: Cashier Clerk<br>Pay Rate: $15.800 Hourly | | Claim Dep. Amt.:<br>Other Income:<br>Deductions:<br>Extra Withholding: | |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 15.800 | 18.50 | 292.30 | 303.00 | 4,787.40 | Fed Withholdng | 1.15 | 192.24 |
| Sunday Regular Hours | | | 0.00 | 47.50 | 750.50 | Fed MED/EE | 4.24 | 81.14 |
| Overtime 1.5 | | | 0.00 | 0.25 | 5.93 | Fed OASDI/EE | 18.12 | 346.9. |
| Total Hours Worked | | 18.50 | | 350.75 | | IL Withholdng | 14.47 | 277.00 |
| Night Premium | | | 0.00 | 12.00 | 6.00 | | | |
| Sincerely Thank You | | | 0.00 | | 45.88 | | | |
| | | | | | | | | |
| TOTAL: | | | 292.30 | | 5,565.71 | TOTAL: | 37.98 | 897.3 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Union Dues | 8.45 | 33.80 | | | |
| | | | Union Dues Initiation | 3.88 | 15.52 | | | |
| | | | Union Dues Arrears | 12.68 | 50.72 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 25.01 | 100.04 | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 292.30 | 292.30 | 37.98 | 25.01 | 229.3 |
| YTD | 5,565.71 | 5,595.71 | 897.31 | 100.04 | 4,568.3. |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| | | | Payment Type | Account Type | Account Number | Amoun |
| Birthday | 0.00 | Days | Advice #5904932 | Checking | XXXXXXXXXXX2205 | 229.3 |
| Float Holiday | 0.00 | Days | | | | |
| Vac - Current | 0.00 | Hours | | | | 229.3 |
| | | | TOTAL: | | | |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Jewel Food Stores, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 032<br>Pay Begin Date: 03/31/2024<br>Pay End Date: 04/06/2024 | Advice #: 321-5882773<br>Advice Date: 04/11/2024 |
|---|---|---|
| Rose Meacham<br>730 W Lake St<br>Chicago, IL 60661<br>XXX-XX-8912 | Employee ID: 20567754<br>Department: 3376A347<br>Location: 3376A<br>Job Title: Cashier Clerk<br>Pay Rate: $15.800 Hourly | TAX DATA: Federal / IL State<br>Tax Status: Single / N/A<br>Claim Dep. Amt.: 0<br>Other Income:<br>Deductions:<br>Extra Withholding: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 15.800 | 23.75 | 375.25 | 284.50 | 4,495.10 |
| Sunday Regular Hours | 15.800 | 4.75 | 75.05 | 47.50 | 750.50 |
| Overtime 1.5 | | | 0.00 | 0.25 | 5.93 |
| Total Hours Worked | | 28.50 | | 332.25 | |
| Night Premium | 0.500 | 1.00 | 0.50 | 12.00 | 6.00 |
| Sincerely Thank You | | | 0.00 | | 45.88 |
| TOTAL: | | | 450.80 | | 5,273.41 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 17.00 | 191.09 |
| Fed MED/EE | 6.54 | 76.90 |
| Fed OASDI/EE | 27.95 | 328.81 |
| IL Withholdng | 22.31 | 262.53 |
| TOTAL: | 73.80 | 859.33 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| TOTAL: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Union Dues | 8.45 | 25.35 |
| Union Dues Initiation | 3.88 | 11.64 |
| Union Dues Arrears | 12.68 | 38.04 |
| TOTAL: | 25.01 | 75.03 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 450.80 | 450.80 | 73.80 | 25.01 | 351.99 |
| YTD | 5,273.41 | 5,303.41 | 859.33 | 75.03 | 4,339.05 |

### LEAVE BALANCES

| | | |
|---|---|---|
| Birthday | 0.00 | Days |
| Float Holiday | 0.00 | Days |
| Vac - Current | 0.00 | Hours |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #5882773 | Checking | XXXXXXXXXXX2205 | 351.99 |
| TOTAL: | | | 351.99 |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Jewel Food Stores, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 032<br>Pay Begin Date: 03/24/2024<br>Pay End Date: 03/30/2024 | | Advice #: 321-5860758<br>Advice Date: 04/04/2024 | |
|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **IL State** |
| Rose Meacham<br>730 W Lake St<br>Chicago, IL 60661<br>XXX-XX-8912 | Employee ID: 20567754<br>Department: 3376A347<br>Location: 3376A<br>Job Title: Cashier Clerk<br>Pay Rate: $15.800 Hourly | | Tax Status: Single<br>Claim Dep. Amt.:<br>Other Income:<br>Deductions:<br>Extra Withholding: | N/A<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 15.800 | 22.50 | 355.50 | 260.75 | 4,119.85 | Fed Withholdng | 17.40 | 174.09 |
| Sunday Regular Hours | 15.800 | 6.25 | 98.75 | 42.75 | 675.45 | Fed MED/EE | 6.59 | 70.36 |
| Overtime 1.5 | | | 0.00 | 0.25 | 5.93 | Fed OASDI/EE | 28.19 | 300.86 |
| Total Hours Worked | | 28.75 | | 303.75 | | IL Withholdng | 22.51 | 240.22 |
| Night Premium | 0.500 | 1.00 | 0.50 | 11.00 | 5.50 | | | |
| Sincerely Thank You | | | 0.00 | | 45.88 | | | |
| TOTAL: | | | 454.75 | | 4,822.61 | TOTAL: | 74.69 | 785.53 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Union Dues | 8.45 | 16.90 | | | |
| | | | Union Dues Initiation | 3.88 | 7.76 | | | |
| | | | Union Dues Arrears | 12.68 | 25.36 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 25.01 | 50.02 | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 454.75 | 454.75 | 74.69 | 25.01 | 355.05 |
| YTD | 4,822.61 | 4,852.61 | 785.53 | 50.02 | 3,987.06 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Birthday | 0.00 | Days | Payment Type | Account Type | Account Number | Amount |
| Float Holiday | 0.00 | Days | Advice #5860758 | Checking | XXXXXXXXXXX2205 | 355.05 |
| Vac - Current | 0.00 | Hours | | | | |
| | | | TOTAL: | | | 355.05 |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

| Jewel Food Stores, Inc.<br>Associate Experience Center (AEC)<br>20427 N 27th Avenue<br>Phoenix, AZ 85027-3241 | Pay Group: 032<br>Pay Begin Date: 03/17/2024<br>Pay End Date: 03/23/2024 | | Advice #: 321-5838454<br>Advice Date: 03/28/2024 | |
|---|---|---|---|---|
| Rose Meacham<br>730 W Lake St<br>Chicago, IL 60661<br>XXX-XX-8912 | Employee ID: 20567754<br>Department: 3376A347<br>Location: 3376A<br>Job Title: Cashier Clerk<br>Pay Rate: $15.800 Hourly | | **TAX DATA:** Federal IL State<br>Tax Status: Single N/A<br>Claim Dep. Amt.: 0<br>Other Income:<br>Deductions:<br>Extra Withholding: | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 15.800 | 14.75 | 233.05 | 238.25 | 3,764.35 | Fed Withholdng | 5.89 | 156.69 |
| Sunday Regular Hours | 15.800 | 6.75 | 106.65 | 36.50 | 576.70 | Fed MED/EE | 4.92 | 63.77 |
| Overtime 1.5 | | | 0.00 | 0.25 | 5.93 | Fed OASDI/EE | 21.06 | 272.67 |
| Total Hours Worked | | 21.50 | | 275.00 | | IL Withholdng | 16.82 | 217.71 |
| Night Premium | | | 0.00 | 10.00 | 5.00 | | | |
| Sincerely Thank You | | | 0.00 | | 45.88 | | | |
| TOTAL: | | | 339.70 | | 4,367.86 | TOTAL: | 48.69 | 710.84 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Union Dues | 8.45 | 8.45 | | | |
| | | | Union Dues Initiation | 3.88 | 3.88 | | | |
| | | | Union Dues Arrears | 12.68 | 12.68 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 25.01 | 25.01 | *TAXABLE | | |

| | TOTAL GROSS PAY | FED TAXABLE GROSS PAY | TOTAL TAX DEDUCTIONS | TOTAL OTHER DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 339.70 | 339.70 | 48.69 | 25.01 | 266.00 |
| YTD | 4,367.86 | 4,397.86 | 710.84 | 25.01 | 3,632.01 |

| LEAVE BALANCES | | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| | | | Payment Type | Account Type | Account Number | Amount |
| Birthday | 0.00 | Days | Advice #5838454 | Checking | XXXXXXXXXXX2205 | 266.00 |
| Float Holiday | 0.00 | Days | | | | |
| Vac - Current | 0.00 | Hours | | | | |
| | | | TOTAL: | | | 266.00 |

Employer: Jewel Food Stores, Inc., 250 E Parkcenter Blvd, Boise, Idaho 83706. AEC Phone: 888-255-2269

**FILED**
**OCT 24 2023**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Rose Meacham
(full name of plaintiff or petitioner)

vs. Board of Education
Department of Education
Cathy Swan, Charles Meacham
(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(NON-PRISONER CASE)

Case number: 1:23-cv-15277
Judge Steven C. Seeger
Magistrate Judge Gabriel A. Fuentes
RANDOM

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[X] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[X] to request an attorney

1. *Are you employed?*
   [ ] Yes    Name and address of employer: _____
              Total amount of monthly take-home pay: _____
   [X] No    Date(s) of last employment: 2021    Last monthly take-home pay: $17/hour

2. *If married, is your spouse employed?* [X] Not married
   [ ] Yes    Name and address of spouse's employer: _____
              Total amount of spouse's monthly take-home pay: _____
   [ ] No    Date(s) of spouse's last employment: ____    Spouse's last monthly take-home pay: ____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   *(list the 12-month total for each)*

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ ____ |
   | Income from interest or dividends: | $ ____ |
   | Income from rent payments: | $ ____ |
   | Pensions, annuities, or life insurance: | $ ____ |
   | Disability or worker's compensation: | $ ____ |
   | Gifts (including deposits into any accounts in your name): | $ 23,000 ??? to help |
   | Unemployment, public assistance, or welfare: | $ ____ |
   | Settlements or judgments (include any that are expected): | $ ____ |
   | Any other source of money: | $ ____ |

Page 1 of 2

Rev. 2/2020

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☐ No   If yes, how much? _____

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☐ No

   If yes, list each item of property and state its approximate value: _____
   _____
   _____
   _____

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☐ Yes ☐ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:
   _____
   _____
   _____

7. *Debts and financial obligations*: List any amounts you owe to others:
   _____
   _____
   _____

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:
   _____
   _____

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: _____                          _____
                                                *Applicant's signature*

                                          _____
                                                *Printed name*