Case: 1:23-cv-15277 Document #: 12 Filed: 05/09/24 Page 1 of 11 PageID #:44

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IC

**FILED**

MAY 09 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**United States District Court**
**Northern District of Illinois**

Rose Meacham )
Plaintiff )
)
v. )
) 1:23-cv-15277
Board of Education, )
Department of Education, )
State of Illinois, etc. )
Defendant )

Title: Motion for Extension

**COMPLAINT**

Please see attached

1:23-cv-15277

①

# Motion for Extension

Dear Honourable Judge Steven Seeger,

I submitted the IFP application again on April 25, 2024 but I am unable to meet the May 17, 2024 deadline for the Amended Complaint.

Would it be possible to please extend the deadline by about 90 days in order to put the necessary evidence together for your Honour.

I was just paid today and so I am able to print evidence at Staples to show your Honour support to extend the deadline — this request is based on the physical injuries I have from being raped/assaulted by University of Illinois Professor Zuo Fu Cheng (injuries to my leg, ankle, shoulder, neck etc that are currently being treated) and being denied proper medical care at UI, while simultaniously being overburdened by UI in retaliation against me for Reporting to Title IX, EEOC

②

and proper authorities in this protected activity. I'm also delayed by an interruption to the Doctors work when my Medicaid was suddenly shut off by error and the supervisors at the Medicaid Office stated this was not done properly because I do in fact qualify for Medicaid, SNAP (food stamps, as your Honour can see from my paystubs). My rent is about $800 and the Medicaid computers calculated that I make $1,000 each month). Further delays have been caused by an assault in October 27, 2024 around 6pm CT when I was walking out of the grocery store on my crutches and an African American woman threw a heavy metal can at my head, while she yelled at people in the street. This caused further medical delays and I just had my last appointment last week with the eye surgeon to determine I don't need surgery as of now, unless the problems with my eye bother me more

③

The surgeon recommended I see other eye Doctors now and I'm waiting for these appointments.

The evidence I will print for your Honour to see, includes the mobility challenges I have moving the documents for this case so I can work on my paperwork — its extremely difficult to carry and transport by bus and walking, and go to my part-time job.

I am also completely unfamiliar with the color of state law and I have done some preliminary research but need more time to fully understand it. I have zero legal knowledge and cannot afford a lawyer because of damages from State of IL, Department of Education, Board of Education,

It takes months to receive free legal advice because of the arbitrary restrictions imposed on the number of times that a person can schedule appointments

④

free for illegal advice, and because the sessions are so short — the free legal services refuse to provide accommodations for disabled people using their free services and no matter how many separate cases you are working on, the free legal services will not provide longer sessions and will not provide additional sessions. Also, I work part-time and my job does not post my weekly schedule until the Friday afternoon of each week and my schedule changes — sometimes I work in the evenings etc.

Additionally, I was made homeless by University of Illinois etc. in retaliation against me for reporting Rape/Assault, Scientific Fraud etc. and I am just now trying to restabalize my finances — due to the illegal student loans and erroneous "default" status outlined as the subject of this case, I am unable to rent my own apartment because of the damages to my credit score, credit history. Because of the Defendants Board of Education, Department of

Education, State of Illinois, I am literally ⑤ unable to rent an apartment on my own, which is extremely dangerous, inhumane, and devestating to my entire well-being/life. This is such a life dabilitating harm to me from Defendants Department of Education, Board of Education, State of Illinois etc. that it must be corrected so I am able to obtain basic life necessities, and function normally as an adult. Currently I am in danger because even the smallest unexpected expense could harm me so I'm unable to pay rent and the credit score prevents me from having a credit card or taking out a small loan in an emergency. I now get paid weekly and have to live paycheck to paycheck, even though I have 2 majors from Undergraduate College, 1 masters, and a PhD Equivalent that University of Illinois is refusing to award this Degree, in retaliation against me for reporting University of Illinois to proper Authorities.

The evidence in my lawsuit proves that many schools are not functioning as "Educational" institutions at all and are in fact causing life-altering, life-devestating harms, damages to "Students" at their schools. Schools are not a "non-profit", "educational" entity, but a for-profit, money-making entity that is not paying taxes.

As my evidence shows, perhaps parts of the schools are education while other parts are for-profit. The number of labor law abuses reported in my program are extremely high, for example. Because UI does not award Masters Degrees like every other PhD program for my field in the country, students are forced to work for the full legally maximum allowable number of years of free, unpaid labor legally allowed in the USA in order to obtain any degrees, despite the full that they already earned a

lawsuit shows that without the masters I earned, which I am owed by UI for my unpaid labor (which UI also illegally forced me to pay tuition for as well), I am unable to obtain normal employment for someone with my skills and training, and I'm unable to tranfer to another school and obtain a PhD => Schools are requiring me to restart the entire PhD from the beginning and enter as a Freshman, although it's basically impossible to get accepted because of the damages from Defendants. This shows that Defendants are harming students horribly and Defendants are refusing to provide safe educational environment for students — my case shows it is not a safe learning environment and it is labor exploitat abusive, and financially devestating

students to the point it is <u>inhumane</u> and it is causing <u>inhumane</u> hardships and suffering to students.

I tried to report to the Higher Learning Commission because Higher Learning Commission manages the Academic Accreditation of schools in Illinois and <u>some</u> schools across the country but HLC did not do anything and there does not seem to be <u>any</u> way for tax-payers, the General public, Students/Employees to have schools or departments reassessed to make certain schools are meeting requirements for academic accreditation. Based on my evidence, it proves that Defendants do <u>not</u> meet the requirements of <u>Defendants'</u> roles that make them a "sovereign" or "immune" entity from lawsuits.

⑨

\* Will this work to confirm with evidence in court (and subpoenas witnesses, experts from HLC etc. and also other equivalent programs in other accredited schools across the country) to allow a suit to take place against offices within the Board of Education, Department of Education, State of Illinois in Federal Court?

\* If your Honour believes the Defendants to be "immune" from lawsuits, even though Defendants themselves have stated Defendants made this harmful error (and are illegally refusing to correct defendants' confessed error), who then should I sue to have (1) the error corrected or (2) loans waived in full.?

⑩

\* Which court would I use to rectify these loan errors so I can have basic life necessities, such as renting an apartment?

As stated, it will take me some time to research the color of state law and I hope to meet your Honours' expectations within 90 days. I will submit further evidence shortly and print some photographic evidence so your Honour can see the delays and obstacles I am dealing with, including physical injuries from ~~Defendants~~, etc.

Thank you, and I hope your Honour has a nice day!

- Rose