IC

FILED

MAY 09 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**United States District Court**
**Northern District of Illinois**

Rose Meacham )
)
Plaintiff )
)
v. )
Board of Education, )
Department of Education, )
State of Illinois, etc. )
Defendant )

1:23-CV-15277

Title: Motion to Appoint Council

**COMPLAINT**

Please see attached

Thank you!

## Motion to Appoint Council

I've outlined most of the reasons why I am requesting council be appointed in my "Motion for Extension" filed May 9, 2024 with this Motion.

\* What further evidence is needed to prove the need for an attorney?

I can prove I have exhausted all resources, including Oprah Winfrey's "Times Up" "Non-Profit" which will not help me obtain a lawyer - all of the lawyers I have spoken with require me to pay out-of-pocket expenses, which your Honour can see I'm unable to afford. Furthermore, because I am not asking for money or financial damages, lawyers do not stand to make any money from my lawsuit and do not seem interested in helping unless there is something for the lawyers to gain from

②

As you can see from my previous filing and forthcoming evidence, the physical obstacles and financial obstacles to completing this lawsuit etc. warrant a lawyer, in order to meet your Honours' deadlines, requirements and to be able to understand my rights, understand the laws, and be able to properly file this case, meet expectations etc. and to know how to do this properly.

I am not a lawyer and have zero legal education whatsoever - the public schools do not offer basic legal education, nor do public schools teach us how to use the judicial system or exercise our rights - we are not taught how to read statutes or laws or write "complaints," "briefs", "dockets", but we are expected to do so in order to exercise our rights in America. Systemic block

③

to me obtaining an education or degree, or using the Judicial System, (due to damages from University of Illinois, Google, State of Illinois, UI Professor Zvofi Cheng, David Pfau, etc.)

Retaliation damages make it impossible to move on because the damages are so dabilitating I cannot even rent my own apartment or get a credit card. I'm unable to move forward in my field and the student loans I took out to enter this field are loans I am physically unable to pay now, due to the retaliation, physical harms done to me by UI Professor Zvofi Cheng, Google Internship Manager David Pfau at Google DeepMind, and University of Illinois etc denying me medical care, while overburdening me by abusing their positions of power as my bosses/professors in Labor Law violations for my misclassified "Student/Employee" position.

The evidence I will show is a financial accounting of the costs UI demanded illegally from me as a student to pay for Tuition, to pay for my own Student/Employee Research, to pay for my Medical Care, and then Defendants made it impossible for me to pay my student loans by denying me the legally & contractually required payment in the form of Grades (which Professors written letters of support confirm are straight "A"s and in the form of Degrees such as my Masters which I earned and passed my Qualifying Exams to earn, and my PhD which I can show is finished but Professors are refusing to formalize my PhD Dissertation or publish papers that we wrote. When Professors refused to formalize my Dissertation, UI ille

...ked these Professors from ...malizing my Dissertation (as ...itten evidence proves). The Professors, Chancellors, Administrators who illegally blocked Professors formalizing my dissertation are respondents in my Title IX reports etc (Protected Activities, protected under multiple laws).

All of these retaliatory acts etc. have made it impossible for me to even use the degrees I earned, the degrees I paid for out-of-pocket. The Defendants Board of Education, Department of Education etc were informed of these incidents and I followed all of their reporting processes but Defendants <u>refused</u> to resolve these incidents and instead have joined in retaliating against me and trying to supress my reports of illegal

⑥

activities, unsafe school campuses, etc. to proper authorities.

The retaliation from Defendants makes it impossible to even use my education or degrees and my loans need to be waived in full so I am able to move on in my life, and obtain basic life necessities, which are my Inalienable Rights as a Human Being.

Defendants have harmed me and others in Inhumane ways, and when we use the legally appointed reporting processes to resolve these issues, Defendants refuse to follow the laws and Defendants refuse to follow their roles to correct these incidents reported to Defendants. Defendants are therefore not entitled to "immunity" of their positions because Defendants are not fulfilling their positions and are inhumanely harming students.