DB 1:23-CV-15277

MAY 09 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
2024 MAY -9 PM 5:06
CLERK
US DISTRICT COURT

Motion to Appoint Council Continued

Sorry, I forgot to mention that there also seems to be a monopoly in State of Illinois regarding the Defendants - I've also experienced this issue and trouble finding a lawyer for a case I had against Google Inc. etc. People have claimed it is a Conflict of Interest for them because entities as large as Google Inc., Board of Education, Department of Education, University of Illinois etc work with so many people (Dept. of Edu. oversees UI which oversees and trains Hospital Staff and Doctors working in countless UI Health System hospitals etc.) that everyone in the State of Illinois does business with or is involved with Defendants in some way. Additionally, I reported lawyers to the Illinois Bar Association - one lawyer in particular was an Alumnai of the Defendant in another case and there was a clear Conflict of Interest. Most lawyers in Illinois are alumnai of schools Defendants manage, and my reports to the Illinois Bar Association seem to be making it impossible to find proper legal council, legal advice, etc.

Additionally, the building that I need access to in order to view my case files without paying for remote access or paying for printing, is only open from 8:30 am – 4:30 am and it forces me to try to schedule my work hours for my job in the evenings or on weekends to try to fit in coming to the Federal Building to access the law libraries and digital case files on the computers at the Federal Building. The Public Libraries do **not** have a law section that covers the topics of my case. I have tried every public library and none are useable for this case. The Law libraries at schools in Chicago are closed to the public and I've tried asking for help from multiple Chicago Schools to access their law libraries or obtain free legal help but I have been denied. The Defendants illegally banned me from accessing the libraries at University of Illinois after I was instructed to use UI's library for my lawsuit.

Motion to Appoint Council continued

RECEIVED
2024 MAY -9 PM 5:06
CLERK
U.S. DISTRICT COURT

Your Honour mentions laws that I am not familiar with and it is necessary for me to obtain a lawyer and legal advice to understand how to file, where to file, how to file against these types of entities. And having a lawyer who is able to physically work at the courthouse and access legal files would make it possible for me to have a similar legal process that the Defendants have. Without a lawyer, the Defendants have an advantage over me, and literally have lawyers appointed to them by the State, paid for by tax-payers (tax-payers who's children are suffering on Defendants' school campuses). Their tax-paid lawyers are assigned to work on these cases as their jobs — unlike me — I have to take night shifts for my job, and work weekends in order to fit-in

coming to the Courthouse into ~~in~~ the schedule of my actual job, because the Courthouse is only open when people are working at their other jobs.

Thank you!
— Rose