IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Rose Meacham,

Plaintiff,

v.

Board of Education, et al.,

Defendants,

Case No. 23 C 15277

Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

☒ other: Case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on 7/23/2024.

Date: 7/23/2024

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk